**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.3.54.44**

**ISP:** Optimum Online
**Physical Location:** Ridgewood, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/22/2016 04:19:03 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 11/22/2016 04:07:06 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 11/22/2016 04:00:35 | F615080EA2C4D5436CC4CBBE4022ABF46DDF2134 | Pussy Cat Burglar |
| 11/22/2016 03:59:22 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 11/22/2016 03:57:30 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 11/22/2016 03:57:08 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 11/22/2016 03:32:49 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 11/22/2016 03:25:41 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 11/22/2016 03:21:43 | 1F6DE1FA3F2EE1D56C908C08643E46CD474C2128 | Love Is Sexy |
| 06/29/2016 02:16:13 | ADFC811745F594226B1B17C3EA09C02836965574 | Triple Blonde Fantasy |
| 06/29/2016 02:15:48 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 06/29/2016 02:11:30 | 745699EDDA4BE5A3CD86C65A55A2E6520FEBE0B5 | Chloe In Couture |
| 06/29/2016 02:10:27 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 06/29/2016 02:09:06 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CNJ612