Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 173.3.54.44,<br><br>     Defendant. | Civil Action No. 2:17-cv-01232-SDW-SCM |

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 173.3.54.44 ("Defendant") through his counsel, Robert Cashman, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

  Dated: July 24, 2017

                     Respectfully submitted,

                     By:  /s/ *Patrick J. Cerillo*
                     Patrick J. Cerillo
                     pjcerillolaw@comcast.net

                          4 Walter E. Foran Blvd.
                          Suite 402
                          Flemington, NJ 08822
                          Attorney ID No.:  01481-1980
                          Telephone:  (908) 284-0997
                          Facsimile:  (908) 284-0915
                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                          By:  /s/ *Patrick J. Cerillo*_____
                          Patrick J. Cerillo, Esq.