Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 173.3.54.44,<br><br>    Defendant. | Civil Action No. 2:17-cv-01232-SDW-SCM |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action <u>with prejudice</u>. John Doe was assigned the IP address 173.3.54.44. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

1

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 31, 2017

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo
pjcerillolaw@comcast.net
4 Walter E. Foran Blvd.
Suite 402
Flemington, NJ 08822
Attorney ID No.: 01481-1980
Telephone: (908) 284-0997
Facsimile: (908) 284-0915
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

**So Ordered**
this 1st day of August 2017

Susan D. Wigenton, U.S.D.J.